UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:14-CR-41-2FL
Docket No. 7:14-CR-41-3FL
Docket No. 7:14-CR-41-9FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DON SMITH | ) | |
| FELICIA SMITH | ) | |
| GRANT MCKOY | ) | |
| Defendants | ) | |

These matters are before the court on the U.S. Probation Officer's motion to continue the sentencings in the above case, presently scheduled for Tuesday, December 9, 2014, in New Bern. The cases are hereby CONTINUED until that term of criminal court commencing on February 2, 2015.

This  20th  day of   November    2014.

*(signature)*

Louise W. Flanagan
U.S. District Judge